IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL UNION OF PAINTERS | : | |
| AND ALLIED TRADES DISTRICT | : | |
| COUNCIL NO. 21 HEALTH AND | : | |
| WELFARE FUND, et al., | : | |
| Plaintiffs, | : | Civ. No. 18-2002 |
| v. | : | |
| | : | |
| C.F. BORDO, INC., | : | |
| Defendant. | : | |

## JUDGMENT

**AND NOW**, this 14th day of March, 2019, upon consideration of Plaintiffs' Motion for Default Judgment and supporting Affidavits (Doc. No. 8), and upon review of the docket in the above-captioned civil action, it is hereby **ORDERED** that:

1. Plaintiffs' Motion (Doc. No. 8) is **GRANTED**;

2. Judgment is **ENTERED** in favor of Plaintiffs and against Defendant for the following amounts:

    a. **$19,328.82** for delinquent contributions;

    b. **$972.94** in pre-judgment interest;

    c. Post-judgment interest from the date of this Judgment accruing at a rate of **7%** in accordance with the Internal Revenue Code interest rate schedule;

    d. **$4,385.76** in liquidated damages; and

    e. **$2,662.00** in attorneys' fees and costs incurred in bringing this action plus any additional reasonable attorneys' fees and costs incurred in the execution of this Judgment;

3. **C.F. Bordo, Inc**. shall **SUBMIT** reports and make contributions on or before the due date each month as specified in the CBA; and

4. The **CLERK OF COURT** shall **CLOSE** this case.

                                                         **AND IT IS SO ORDERED.**

                                                       */s/ Paul S. Diamond*

                                                       _____

March 14, 2019                                               Paul S. Diamond, J.